# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>             Plaintiff,<br><br>  v.<br><br>MEDALLIA, INC.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 25-169-GBW<br>)<br>)<br>)<br>) |

## MEDALLIA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Medallia, Inc., states that it is a wholly owned subsidiary of Medallia Intermediate II, LP, which is beneficially or indirectly owned by Thoma Bravo, L.P. No publicly traded company holds more than 10% ownership of Medallia, Inc.'s stock.

OF COUNSEL:

Daniel Ravicher (*pro hac vice*)
ZEISLER PLLC
80 SW 8th St. Ste 3110
Miami, Fl 33130
(786) 505-1205
dan@zeisler-law.com

Dated: April 7, 2025
12161112

POTTER ANDERSON & CORROON LLP

By: */s/ Tyler J. Leavengood*
    Tyler J. Leavengood (#5506)
    Nicole K. Pedi (#6236)
    Hercules Plaza
    1313 N. Market Street, 6th Floor
    Wilmington, DE 19801
    (302) 984-6000
    tleavengood@potteranderson.com
    npedi@potteranderson.com

*Attorneys for Defendant Medallia, Inc.*