# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MEDALLIA, INC.,<br><br>        Defendant. | Civil Action No. 1:25-c-00v169-GBW<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the Parties, subject to the approval of the Court, that the deadline for Plaintiff DataCloud Technologies, LLC to respond to the Motion to Dismiss the Complaint filed by Defendant Medallia, Inc. (D.I. 8) is extended by 7 days, through and including April 28, 2025, and the deadline for Defendant Medallia, Inc. to file its reply is extended by 7 days, through and including May 12, 2025.

Dated: April 18, 2025        Respectfully submitted,

| **STAMOULIS & WEINBLATT, LLC** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| /s/ *Stamatios Stamoulis* | /s/ *Nicole K. Pedi #* |
| Stamatios Stamoulis (#4606) | Tyler J. Leavengood (#5506) |
| Richard C. Weinblatt (#5080) | Nicole K. Pedi (#6236) |
| 800 N. West Street Third Floor | Hercules Plaza |
| Wilmington, Delaware 19801 | 1313 N. Market Street, 6th Floor |
| Telephone: (302) 999-1540 | Wilmington, Delaware 19801 |
| Email: stamoulis@swdelaw.com | Telephone: (302) 984-6000 |
| Email: weinblatt@swdelaw.com | Email: tleavengood@potteranderson.com |
|  | Email: npedi@potteranderson.com |
| James F. McDonough, III (GA 117088)* |  |
| Jonathan R. Miller (GA 507179)* | Daniel Ravicher * |
| **ROZIER HARDT MCDONOUGH PLLC** | **ZEISLER PLLC** |
| 659 Auburn Avenue NE, Unit 254 | 80 SW 8th St. Ste 3110 |
| Atlanta, Georgia 30312 | Miami, Florida 33130 |
| Telephone: (404) 564-1866, -1863 | Telephone: (786) 505-1205 |
| Email: jim@rhmtrial.com | Email: dan@zeisler-law.com |
| Email: miller@rhmtrial.com |  |
| * Admission *pro hac vice* pending | * Admission *pro hac vice* pending |
| **For DATACLOUD TECHNOLOGIES, LLC** | # e-signed with express permission |
|  | **for MEDALLIA, INC.** |

**SO ORDERED** this _____ day of April, 2025.

_____
United States District Judge