UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEDALLIA, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-00169-GBW |

[Proposed] ORDER

This 3rd day of May 2025, having considered the Motion For Leave To Amend Its Complaint filed by Plaintiff DataCloud Technologies, LLC ("DataCloud") on May 2, 2025 (D.I. _____; the "Motion to Amend"), **IT IS HEREBY ORDERED** under Fed. R. Civ. P. 15(a)(2) that the Motion is **GRANTED**.

Furthermore, **IT IS HEREBY ORDERED** that DataCloud's First Amended Complaint, attached to the Motion to Amend as Exhibit 2, shall be docketed upon entry of this order.

Furthermore, **IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant Medallia, Inc. ("Medallia") on April 7, 2025 (D.I. 8) is **DENIED AS MOOT**.

Furthermore, **IT IS HEREBY ORDERED** that Medallia shall answer or otherwise respond to DataCloud's First Amended Complaint within 14 days from the date of this Order.

_____
UNITED STATES DISTRICT JUDGE